**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ESTATE OF RICHARD MANNING, d/b/a CHALLENGE MILL, | ) | No.99-1006 L |
| Plaintiff, | ) | Judge Christine O.C. Miller |
| v. | ) | **STIPULATION FOR DISMISSAL** |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff and Defendant, by and through their undersigned counsel, and hereby agrees as follows:

1. IT IS HEREBY Stipulated and Agreed that the Complaint filed in this matter is dismissed with prejudice.

2. IT IS HEREBY Stipulated and Agreed that such dismissal shall not establish any precedent and shall not be used as a basis by the parties or any other person to seek or justify similar terms in any other case.

3. IT IS HEREBY Stipulated and Agreed that the parties to bear their own costs and fees.

Dated: November 16, 2007.

/s/ Karen Budd-Falen
Karen Budd-Falen
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
P.O. Box 346
Cheyenne, WY 82003-0346
(307) 632-5105 - Telephone
(307) 637-3891 - Facsimile

G. Evan Pritchard
G. Evan Pritchard
U.S. Department of Justice
Environment & Natural Resources Div.
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
(202) 305-0203 - Telephone
(202) 305-0506 - Facsimile